■ MORRIS ELECTRONICS OF SYRACUSE, INC., Respondent, v STEREO EAST DEVELOPMENTS, INC., Doing Business as ITHACA DISCOUNT STEREO, Defendant, and ROBERT L. VANN et al., Appellants. (Appeal No. 2.)—Order unanimously reversed, without costs, and motion denied. Same memorandum as in *Morris Electronics v Stereo East Devs.* (71 AD2d 1061). (Appeal from order of Onondaga Supreme Court—preference.) Present—Cardamone, J. P., Schnepp, Doerr, Witmer and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH C. BARLOW, Appellant.—Appeal unanimously dismissed as moot; defendant is no longer incarcerated. (Appeal from judgment of Onondaga County Court—criminal possession stolen property.) Present—Cardamone, J. P., Schnepp, Doerr, Witmer and Moule, JJ.